UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD DORRANCE, on behalf : 
plaintiff and two classes,
: 
    Plaintiffs                                             CIVIL ACTION NO. 3:12-2502
: 
v.                                                 (JUDGE MANNION)
: 
ARS NATIONAL SERVICES, INC.,
: 
    Defendant
:

# O R D E R

Upon consideration of the parties' request for final approval of class action settlement, and after notice and a final fairness hearing, on the terms and for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

  **(1)**    The plaintiff class, as defined as follows, is **FINALLY CERTIFIED**:

          All natural persons with Pennsylvania addresses who had interest accruing on their accounts and to whom ARS sent one or more letters between December 12, 2011 to November 30, 2012.

  **(2)**    The Settlement Agreement preliminarily approved by the court on September 26, 2014, and again approved by the court upon the parties' modification on January 6, 2015, is **APPROVED** as being, fair, reasonable and adequate, and in the best interest of the plaintiff class members, **WITH THE FOLLOWING EXCEPTIONS**

agreed upon at the final fairness hearing:

**(a)**   counsels' fees and costs are **REDUCED** to a total of $26,000;

**(b)**   the class representative's fees are **REDUCED** to $1,750; and

**(c)**   the class members' recovery fund is **INCREASED** to $37,250.

**(3)**   The instant action is **DISMISSED WITH PREJUDICE**.

                                                                         s/ *Malachy E. Mannion*
                                                                         **MALACHY E. MANNION**
                                                                         **United States District Judge**

**Date:  May 11, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-2502-01-ORDER.wpd